# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-2874
_____

CARL EVAN SUMMERLIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bradford County.
James M. Colaw, Judge.

September 6, 2022

PER CURIAM.

AFFIRMED.

RAY, WINOKUR, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Candice K. Brower, Criminal Conflict and Civil Regional Counsel, and Michael Jerome Titus, Assistant Regional Conflict Counsel, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.